**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2**
**Eastern Division**

Douglas Weiss
                        Plaintiff,

v.                                         Case No.: 1:17–cv–01606
                                                         Honorable Rebecca R. Pallmeyer

Kohl's Department Stores, Inc
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 13, 2017:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Pursuant to Stipulation, the above cause is dismissed with prejudice and without costs or fees to any party. Status hearing set for 7/24/2017 is stricken. Civil case terminated. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.